UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**-FILED-**

MAR 27 2026

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

RICARDO BUSTOS,

        Plaintiff,

V.

2:26CV140

LAKE STATION POLICE DEPARTMENT
CORPORAL DOKMANOVIC
DETECTIVE BONEY
OFFICER JEZERSKI
OFFICER KOSELKE

        Defendants,

Case No:

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. S 1983

1. Plaintiff, Ricardo Bustos, is an individual residing in Indiana.

2 Defendant, Lake Station Indiana Police Department, is a municipal entity within Indiana.

3 LAKE STATION POLICE DEPARTMENT, CORPORAL DOKMANOVIC, DETECTIVE BONEY, OFFICER JEZERSKI, OFFICER KOSELKE. Jurisdiction: U.S. District Court, Northern of Indiana, Under 28 U.S.C. SS 1331 and 1343. Venue:Hammond District of The Northern District of Indiana.

4.This Court has Jurisdiction under 28 U.S.C. S 1331 and S 1343 because this action is Brought under Laws of The United States.

JURISDICTION AND VENUE.

5. Venue is Proper in this District because the Events that occurred within this District.

FACTS

6. On 10/9/2024, Plaintiff was involved in an encounter with Officers of The Lake Station Police Department.

7. During this encounter, Officers used excessive and Unreasonable Force, against Plaintiff without Justification, resulting in Physical and Psychological injuries.

8. Plaintiff, was Found sleeping on Bed, woke up with little resistance and Incoherent, as Officers Stated. Officers were on top of Ricardo while Ricardo was Naked. Officers Hit Ricardo while on bed and on the way out the residence. While taken into the Lake County Jail, Lake County Jail Officers Beat Ricardo Up as, well. Plaintiff, was unarmed and showed No Signs of No Threats, at Any time the Force was Used.

9. As a Direct result of the Officers actions, Plaintiff suffered injuries including, Foot injury, PTSD, Anxiety and Nightmare Terrors. Prescriptions issued by Doctors.

CAUSE OF ACTION- 42 U.S.C. S 1983 (EXCESSIVE FORCE)

10.Plaintiff, realleges the above Paragraphs.

11. Defendants, acting under Color of State Law, Deprived Plaintiff of Rights Secured By The Constitution, specifically The Fourth Amendment Right to Be Free Excessive Force.

12. The Conduct of Defendants was willful, wanton, and Done with Deliberate InDifference to Plaintiff's Rights.

DAMAGES

13. As a Result,, Plaintiff has Suffered Physical Pain, Mental Anguish, and Emotional Distress.

14. Plaintiff, seeks Compensatory and Punitive Damages, Costs and Any Further Relief, The Court Deems Proper.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Respectfully, Asks The Court to:

A. Award Compensatory and Punitive Damages;

B.Order The Defendant to Pay Costs and Interest:

· C. Grant Such Further Relief as The Court Deems Just and Proper.

RespectFully Submitted,

*Ricardo Bustos* (signature)

Ricardo Bustos 03/21/2026
1830 Lafayette Ave.
Terre Haute, IN 47804
219-384-7081
giogio26892689@gmail.com

To: The United States Court Northern District of Indiana Hammond Division

Theres Not a Day that goes by, that I Do Not have Anxiety, PTSD, and Horrible Nightmare Terrors. By the Actions of The Lake Station Indiana Police Department, Corporal Dokmanovic, Detective Boney, Officer Koselke, Officer Jezerski and Chief Mayo. By them taking, The Facts of The Situation and turning it into a Fake Reality, Of The Truth, of that Day.They Entered My Property Under False Allegations. The address being, 2682 Decatur Street, Lake Station, Indiana 46405. Everyday I am, Haunted by the Actions Of these Officers. There Statements in The Supplemental Narrative, they admitt Everything, that Im accusing these officers of. I Believe, that these Actions of these Officers, has Caused Serious, undo Stress, Pain Suffering, Physical and Mental Anguish. Officers, Entered the Home of, Ricardo Bustos, stating they were Police Officers. Ricardo Bustos, was found on the bed, sleeping on the Bed, Naked, Face Down, Little Residence and Incoherent to what was going on. Corporal Dokmanovic and Officer Jezerski, stated in The Supplemental Narrative, that they each, grabbed one arm and one leg and Forced Ricardo Bustos, onto his stomach. Naked, and Confused to what was going on? Both, Officers hit Me/Ricardo, in his back while both on top of Ricardo. Both, Officers Admitted that they Both were on Top of Ricardo and Never gave Ricardo, any opportunity to get up and get Dressed before placing him him under Arrest. Other, Officers sat and watched, them use unnecessary Force and Sexually, Violated Me. Even, The High Ranking, New Chicago, Indiana, Police Department, Chief Mayo, Of Police, was there. The Humiliation and The Assault that took place that Day, has effected 219-384-7081Physically, Mentally, and I'll Forever, be Effected, by this Event. I'll Need Medications and Continuous, Mental Health Treatment, Probably, For The Rest of My Life. I will, Forever, be Afraid of Police Officers. The People, who Promise, to Help. Heard one side of The Story and Decide, to take Actions to hurt, another person. When, they should have handled the situation, Differently. The Person, who made these allegations against me, is a known alcoholic and was under the influence of Drugs and Alcohol, at the time of the allegations, against me. Officers, even admitt, to smelling alcohol, coming from there person. Chief Mayo, handed Corporal Dokmanovic and Officer Koselke, a pair of paints, that they wouldn't allow Ricardo to put on. Even though Ricardo, was not being, Hostal or showing no signs of Any, Aggression. Corporal Dokmanovic, on one-sided of Ricardo and Officer Koselke, on the other side of Ricardo, Aggressively, pulled up his pants over Ricardo's Feet and instead of Stopping at his waist, pulled them up as high as they could, lifting Me/Ricardo, off the Ground, giving Me a Weggie and causing an Abrasion on My Anus, from the Fabric, of My Paints. There was glass on the Floor from debris left from others. After, putting Ricardo's pants on, Corporal Dokmanovic and Officer Koselke, three on the Ground into Clearly visible glass on the Floor. This incident is what caused Me, to get glass in My Foot. I immediately, told officers, of the pain in My Foot. The pain in My Right Inner Foot, was caused by the glass, on the floor, that officers stood Me in, when they Threw Me Down, from the Air. As, a Result, I now have server pain in my right Foot, nerve Damage and Now a Scare. As, Officers were Escorting Me Outside, I was complaining of the Pain, in My Right Foot. I was in substantial, pain. Both, Officers Decided to Hit Me in my stomach, for what seemed like complaining, about pain. The Lake Station, Police Department, tried to make EMS, who was walking up, at the time, to the Residence of Ricardo, that Ricardo was not injured. EMS, looked at Ricardo's Foot and said that they seen No Injury. On, 10/11/2024, Lake County, Jail Doctor, pulled glass out glass, out of the same foot that EMS,

said was Not Injured. I Feel, that EMS, Followed, the same Corrupt Actions, Of The Lake Station Indiana, Police Department. EMS, was trying to make it seem like The Lake Station, Indiana, Police Department, Caused No Injury. EMS, Failed to hold their Oath Of Service to Transport, Me to the Hospital, to make sure there was No Injury, Due to the Severe Pain, I Experienced. When I got Transferred to The Lake County Jail, Lake County Jail, Officers took me into H Pod and Beat Me as Well. Where I Continued to Scream, Please Stop, Your Hurting Me! Please, Stop, Your Hurting Me! Officers Finally, Stopped! Lake County, Jail Officers Continued to Ignore Me that I was in Severe Pain. As, A Result of this Incident that occurred, I now have PTSD, Anxiety and Server Trama. I am, seeking compensation for the Events of The Day, that Caused Me Unnecessary, Pain and Suffering.

Respectfully Submitted,

Ricardo Bustos
3/21/2026
1330 Lafayette Ave.
Terre Haute, Indiana 47804
219-384-7081
giogio26892689@gmail.com